UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00633-FDW-DCK

| ALLIANCE FUNDING GROUP, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JAMES MCLEAN, JR. and MCLEANICS TECHNOLOGY CORPORATION, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Renewed Motion for Attorney Fees (Doc. No. 22). Plaintiff is requesting fees "in connection with this action, which has included drafting a motion for default and discovery to the remaining defendant." (Doc. No. 22, p. 1.) On the face of the Motion, this Court is without power at this time to grant the requested fees pursuant to N.C. Gen. Stat. § 6-21.2(2). Default Judgment has only been entered as to Defendant McLeanics Technology Corporation, not the individual Defendant James McLean, Jr. (Doc. No. 20.)

**IT IS THEREFORE ORDERED** that Plaintiff's Renewed Motion for Attorney Fees, (Doc. No. 22), is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Signed: February 28, 2024

Frank D. Whitney
United States District Judge