UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00633-FDW-DCK

| | |
|---|---|
| ALLIANCE FUNDING GROUP, ) ) ) Plaintiff, ) ) v. ) ) MCLEANICS TECHNOLOGY ) CORPORATION, JAMES MCLEAN, JR., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** is before the Court, *sua sponte*, as to the trial setting in this matter, which is currently scheduled to begin with docket call on January 6, 2025.

On December 4, 2024, Defendant James McLean, Jr. hand-delivered a Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment. (Doc. No. 36.) Defendant's Motion was granted and Defendant has until December 31, 2024, to respond. (Doc. No. 37.) Trial in this matter is currently scheduled to begin with docket call on January 6, 2025. (Doc. No. 25.) Because the Court needs time to meaningfully consider Plaintiff's Motion for Summary Judgment, Defendant's response, and any reply Plaintiff might file, and pursuant to the Court's inherent authority to manage its docket, the Court continues trial in this matter.

The Court will continue the trial setting in this matter to the mixed trial term beginning March 3, 2025.

**IT IS SO ORDERED**.

Signed: December 10, 2024

Frank D. Whitney
United States District Judge