# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-00633-FDW-DCK

| | |
|---|---|
| **ALLIANCE FUNDING GROUP,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     **ORDER** |
| **MCLEANICS TECHNOLOGY CORPORATION, JAMES MCLEAN, JR.,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court, *sua sponte*, as to the deadlines in this case. On December 10, 2024, the Court continued trial in this matter to the mixed trial term beginning March 3, 2025. (Doc. No. 39.) In light of this continuance, the Court now *sua sponte* revises the Case Management Order, which was entered in this case on February 13, 2024, (Doc. No. 25), as follows: Pretrial submissions due February 10, 2025; Motions in Limine and/or Trial Briefs due February 24, 2025; Responses to Motions in Limine due February 27, 2024. All other requirements concerning pretrial submissions set forth in the Case Management Order remain the same.

Additionally, the Court further addresses the Case Management Order. On October 1, 2024, the Court entered an Order inquiring about the status of any mediated settlement conference. (Doc. No. 33.) On October 7, 2024, Plaintiff explained it "has had substantial difficulty contacting and receiving any response from Defendant related to this matter" and that it was willing to engage in mediation. (Doc. No. 34, pp. 1–2.) On December 31, 2024, Defendant filed his Response to Plaintiff's Motion for Summary Judgment, and represented he was interested in potentially settling this case. (Doc. No. 43, p. 6.) According to the Case Management Order, "[i]f at any time a

1

settlement is reached it shall be reported immediately to the Court, in writing." (Doc. No. 25, pp. 5–6.) The parties are reminded to comply with this Court's Order about any settlement reached in this case.

**IT IS THEREFORE ORDERED** that the parties' deadlines to submit pretrial submissions are **CONTINUED** consistent with the terms of this Order.

**IT IS SO ORDERED**.

Signed: January 9, 2025

Frank D. Whitney
Senior United States District Judge